DANIEL MALAKAUSKAS, *Cal. Bar No. 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Email: daniel@malakauskas.com

Attorney for Plaintiff: *Meryl Pomponio*

GREGORY F. HURLEY, Cal. Bar No. 126791
MICHAEL J. CHILLEEN, Cal. Bar No.:210704
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC
650 Town Center Drive, 10th Floor
Costa Mesa, Ca 92626
Email: ghurley@sheppardmullin.com; mchilleen@sheppardmullin.com

Attorneys for Defendants: *Beverages and More, Inc., and Adlan, LLC*

MARTA R. VANEGAS, Cal. Bar No. 278328
BRITTANY C. TOTH, Cal. Bar No. 324593
LUKE PETERS, Cal. Bar No. 334351
VANEGAS LAW GROUP, APC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597

Attorneys for Defendants: *Jason Zhong Wong and Judy Li Chan Wong*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br><br>   v.<br><br>**BEVERAGES & MORE, INC.**, as an entity and doing business as "Bevmo!", **JASON ZHONG WONG**, as an individual and doing business as "China Palace", **JUDY LI CHAN WONG,** as an individual and doing business as "China Palace", **ADLAN, LLC**, and Does 1-50, Inclusive,<br><br>                    Defendants. | **CASE NO.: 3:20-cv-09448-EMC**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Judge: Edward M. Chen** |

Notice of Settlement
**Case No. 3:20-cv-09448-EMC**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT thanks to the efforts of Mediator Kari Levine, this matter has settled in all respects, including Plaintiff's claims for injunctive relief, statutory damages, attorney's fees, litigation expenses and costs. Plaintiff has executed a settlement agreement with Defendants Jason Zhong Wong and Judy Li Chan Wong, but is still awaiting a proposed settlement agreement from Defendants Beverages & More, Inc. Once all of the appropriate signatures have been obtained, and Plaintiff confirms receipt of the settlement payment, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 25, 2022            /s/Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,

Attorney for Plaintiff

Dated: March 25, 2022            /s/Gregory F. Hurley_____
By: Gregory F. Hurley, of, SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC,

Attorneys for Defendants, ***Beverages and More, Inc., and Adlan, LLC***

Dated: March 25, 2022            /s/ Brittany C. Toth_____
By: Brittany C. Toth, of, VANEGAS LAW GROUP, APC,
Attorneys for Defendants, ***Jason Zhong Wong, and Judy Li Chan Wong***

**ATTESTATION OF SIGNATURES (CIVIL LOCAL RULE 5-1(h)(3))**

In accordance with Civil Local Rule 5-1(h)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: March 25, 2022               */s/ Brittany C. Toth*_____

                                     Brittany C. Toth, Esq.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 25, 2022, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

                                                                */s/ Brittany C. Toth*

                                                                 Brittany C. Toth, Esq.

Notice of Settlement
**Case No. 3:20-cv-09448-EMC**