DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

MARTA R. VANEGAS, *Cal. Bar No.: 126791*
BRITTANY CATHERINE TOTH, *Cal. Bar No.: 210704*
VANEGAS LAW GROUP, APC
2100 Oak Road, Suite 230
Walnut Creek, CA 94597
Tel: 925-937-5433 / Fax: 925-938-5567
Email: marta@martinvanegaslaw.com;
brittany@martinvanegaslaw.com

Attorneys for Defendant: **Jason Zhong Wong, and, Judy Li Chan Wong**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **BEVERAGES & MORE, INC.**, as an entity and doing business as "Bevmo!", **JASON ZHONG WONG**, as an individual and doing business as "China Palace", **JUDY LI CHAN WONG**, as an individual and doing business as "China Palace", **ADLAN, LLC**, and Does 1-50, Inclusive, <br><br> Defendants. | Case No.: 3:20-cv-09448-EMC <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed, **ONLY** against **JASON ZHONG WONG AND JUDY LI CHAN WONG, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  April 6th, 2022

/s/Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

Dated:  April 6th, 2022

/s/Marta R. Vanegas_____
By: Marta R. Vanegas, of,
VANEGAS LAW GROUP, APC,
Attorneys for Defendants: *Jason Zhong Wong, and, Judy Li Chan Wong*

Dated:  April 6th, 2022

/s/Brittany Catherine Toth_____
By: Brittany Catherine Toth, of,
VANEGAS LAW GROUP, APC,
Attorneys for Defendants: *Jason Zhong Wong, and, Judy Li Chan Wong*