DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

GREGORY F. HURLEY, Cal. Bar No. 126791
MICHAEL J. CHILLEEN, Cal. Bar No.:210704
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC
650 Town Center Drive, 10th Floor
Costa Mesa, Ca 92626
Tel:714-513-5100/Fax:714-513-5130
Email: ghurley@sheppardmullin.com; mchilleen@sheppardmullin.com

*Attorneys for Defendants*: **Beverages and More, Inc., and Adlan, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 3:20-cv-09448-EMC |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **BEVERAGES & MORE, INC.**, as an entity and doing business as "Bevmo!", **JASON ZHONG WONG**, as an individual and doing business as "China Palace", **JUDY LI CHAN WONG**, as an individual and doing business as "China Palace", **ADLAN, LLC**, and Does 1-50, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed, in its entirety, including in regards to Defendants, **BEVERAGES & MORE, INC., and ADLAN, LLC, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: June 17th, 2022            /s/Daniel Malakauskas_____
                                 By: Daniel Malakauskas, of,
                                 MALAKAUSKAS LAW, APC,
                                 Attorney for Plaintiff

Dated: June 17th, 2022           /s/Gregory F. Hurley_____
                                 By: Gregory F. Hurley, of,
                                 SHEPPARD, MULLIN, RICHTER &
                                 HAMPTON, LLC, Attorneys for
                                 Defendants: *Beverages and More, Inc., and Adlan, LLC*